UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel Octavio BARCELO–ORTEGA,
Defendant–Appellant.

No. 13–10121.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 23, 2013.*

Filed Nov. 25, 2013.

Anthony Edward Maingot, Esquire, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Marivel Cantu–Madril, Esquire, The Law Office of Richard Madril, Tucson, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and LEAVY, Circuit Judges.

MEMORANDUM **

Manuel Octavio Barcelo–Ortega appeals from the district court's judgment and challenges the 87–month sentence imposed following his guilty-plea conviction for possession with intent to distribute 9.7 kilograms of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and possession with intent to distribute 1.1 kilograms of heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i). We have jurisdic-tion under 28 U.S.C. § 1291, and we affirm.

Barcelo–Ortega contends that the district court erred when it imposed a two-level adjustment under U.S.S.G. § 3B1.2(b) for being a minor participant instead of a four-level adjustment for being a minimal participant under U.S.S.G. § 3B1.2(a). We review for clear error. *United States v. Tankersley*, 537 F.3d 1100, 1110 (9th Cir.2008). The district court did not clearly err because Barcelo–Ortega was entrusted with very large quantities of heroin and methamphetamine. *See United States v. Rodriguez–Castro*, 641 F.3d 1189, 1193 (9th Cir.2011); *United States v. Webster*, 996 F.2d 209, 211–12 n. 5 (9th Cir.1993); *United States v. Lui*, 941 F.2d 844, 849 (9th Cir.1991).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

